

# NUMBER 13-23-00143-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MARIO RODRIGUEZ,** **Appellant,**

**v.**

**M & T CAPITAL, LLC,** **Appellee.**

---

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Chief Justice Benavides**

This matter is before the Court on its own motion. On July 11, 2023, this matter was abated and remanded to the trial court to make findings and recommendations regarding the reporter's record.

A first supplemental clerk's record was received on August 17, 2023. Upon review of the first supplemental clerk's record, it was noted appellant filed a notice of nonsuit

after the matter had been abated; the nonsuit was granted by the trial court, and all claims in the underlying suit were dismissed.

The Court, having considered the status of the case and notice of non-suit, is of the opinion that the appeal should be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the appeal is hereby reinstated and dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

GINA M. BENAVIDES
Justice

Delivered and filed on the
31st day of August, 2023.

2